THE PEOPLE OF THE STATE OF NEW YORK ex rel. HEARN DEPARTMENT STORES, INC., Appellant, against WILLIAM S. MILLER et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents.

Argued February 27, 1945; decided April 12, 1945.

*Israel Hoffman* and *Eugene J. Schwartz* for appellant.

*Ignatius M. Wilkinson, Corporation Counsel (Oscar L. Tucker* and *Arthur H. Goldberg* of counsel), for respondents.

Order of Appellate Division reversed and that of Special Term affirmed, with costs in this court and in the Appellate Division. The weight of evidence supports the findings of value made at Special Term. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND and DYE, JJ. Taking no part: THACHER, J.